-1-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

GROWREV MARKETING, INC.,

        Plaintiff,

v.

Case No.: 8:23-cv-01218

DR. SONJA ENTERPRISES, LLC,
and WARD DIGITAL MARKETING &
CONSULTATION, LLC,

        Defendants.
_____/

**PLAINTIFF, GROWREV MARKETING, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DR. SONJA ENTERPRISES, LLC**

COMES NOW, Plaintiff, GROWREV MARKETING, INC., hereinafter referred to as ("Plaintiff"), hereby files this Motion for Default Judgment pursuant to Fed. R. Civ. Pro. 55 and Local Rules for the Middle District of Florida upon the following grounds and states the following:

1. On or about June 23, 2023, Defendant, Dr. SONJA ENTERPRISES, LLC was served with the operative Complaint [Document 1].

2. Plaintiff filed the return of service on June 26, 2023, noting service was effectuated on June 23, 2023.

3. Plaintiff obtained a Clerk's Default for failure to respond on July 24, 2023 [Document 24].

4. As pled in the operative complaint, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), because the amount in controversy exceeds the sum or value of

$75,000, and complete diversity exists amongst all parties.

5. Defendant, DR. SONJA is a corporate entity, registered and conducting business in Georgia.

6. The operative complaint further states a claim upon which relief can be granted, namely Count I for breach of contract and Count II for a permanent injunction. The Plaintiff attached and incorporated the contractual agreement binding the parties to the Complaint and properly alleged all essential elements to both claims.

7. A default judgment is appropriate when a defendant fails to plead, answer, or appear. *James River Ins. Co. v. Mullin*, 2023 U.S. Dist. LEXIS 8629 (M.D. Fla. Jan. 18, 2023) (citing *Solaroll Shade & Shutter Corp., Inc. v. Bio-Energy Sys., Inc.*, 803 F.2d 1130, 1134 (11th Cir. 1986). Additionally, well-pleaded allegations of fact are admitted by default. *Id*.

8. By virtue of the breach of contract claim, Plaintiff has suffered damages in the amount of $146,711.29. *Plaintiff's affidavit supporting the claim for damages has been marked as Exhibit "A" attached hereto and incorporated herein*. Defendant, DR. SONJA was contractually obligated to pay a monthly premium of $7,500 while further compensating GROWREV for 10% of all Ad Spend after a $10,000.00 threshold was met each month. Ad Spend is the cost of acquiring users using paid advertising sources. In other words, the amount of money GROWREV spent on digital advertising and traditional advertising campaigns.

9. DR. SONJA failed to pay any monthly premium from March 2022 through July of 2022 and failed to pay any premium on the Ad Spend from February of 2022, through June of 2022.

10. Additionally, DR. SONJA., was expressly prohibited in the contractual terms from soliciting any business relation of GROWREV. Despite that language, DR. SONJA solicited WARD and facilitated a business arrangement between the two outside of the purview of GROWREV. To remedy this breach of contract, no legal damages would suffice and Plaintiff sought injunctive relief.

WHEREFORE, Plaintiff, GROWREV MARKETING, INC. respectfully requests that this Honorable Court grant this Motion and enter a Default Judgment against Defendant, Dr. SONJA ENTERPRISES, LLC, awarding an amount of $146,711.29, and enjoining DR. SONJA ENTERPRISES, LLC from engaging in any further business with co-defendant WARD DIGITAL MARKETING CONSULTATION, LLC, and awarding entitlement to all legal fees and costs associated with prosecuting this claim, along with any further relief this Court deems fair, just, and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2023, I electronically caused the foregoing document to be served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

BURANDT, ADAMSKI, FEICHTHALER
& SANCHEZ, PLLC
*Attorneys for Plaintiff*
1714 Cape Coral Parkway
East Cape Coral, Florida 33904
Phone: (239) 542-4733 / Fax: (239) 542-9203

BY: */s/ David W. Holley*
David W. Holley, Esq.
Florida Bar No. 125973
David@capecoralattorney.com
Service E-mail:
burandtlaw@capecoralattorney.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

GROWREV MARKETING, INC.,

        Plaintiff,

v.

Case No.: 8:23-cv-01218

DR. SONJA ENTERPRISES, LLC,
and WARD DIGITAL MARKETING &
CONSULTATION, LLC,

        Defendants.
_____/

## PLAINTIFF'S AFFIDAVIT OF DAMAGES

COMES NOW the Plaintiff, GROWREV MARKETING, INC., and hereby attests to the following damages that have been incurred by Plaintiff in this action by DR. SONJA ENTERPRISES, LLC, and hereby states as follows:

1. My name is Rohan Sheth. I am over the age of 18, and I am the corporate representative of GROWREV MARKETING, INC., and corporate representative of Rohan Sheth Consulting, Inc., the sole shareholder of GROWREV MARKETING, INC. I have maintained this role at all times material to this action and am familiar with the facts pertinent to this matter.

2. I am fully advised of the facts on this matter and the facts relevant as to Plaintiff's Complaint.

3. I have personal knowledge of the facts set forth in the pleadings and set forth hereinafter.

4. I have reviewed GROWREV MARKETING, INC.'s records and files as they pertain to its business with DR. SONJA ENTERPRISES, LLC, and the delinquency of its contractual

Exhibit "A"

eversign Document Hash: 1c49c7154ee042ec953a0765b2d5ac72

obligations realized from lack of payment of its monthly premium and monthly ad spend accruals.

5. These records and files are kept in the usual course of business regarding such matters. Additionally, all delinquency records are created monthly at the time the information is transmitted and made by GROWREV's accounting department who have individual knowledge of said delinquency. The creation of these records is the regular practice of GROWREV MARKETING, INC.

6. Upon review of these records and files, DR. SONJA ENTERPRISES, LLC, is indebted to GROWREV MARKETING, INC., in the amount of $146,711.29 as of the date in which the Complaint was filed, that being June of 2023.

7. No payment has been received by DR. SONJA ENTERPRISES, LLC since March of 2022. Accordingly, DR. SONJA ENTERPRISES, LLC, has failed to pay $7,500 for the months of March 2022 through July of 2022, and failed to pay any portion of its ad spend obligation from February 2022 through June of 2022.

FURTHER AFFIANT SAYETH NAUGHT.

[Remainder of this page intentionally left blank]

eversign Document Hash: 1c49c7154ee042ec953a0765b2d5ac72

_____
Rohan Sheth as corporate representative
of GrowRev Marking, Inc.

SWORN TO (OR AFFIRMED) AND SUBSCRIBED before me this __26th__ day of __August__, 2023, by Rohan Sheth, who produced identification:

by video conference in accordance with O.Reg 431/20 Administering Oath/Declaration Remotely.

DL8010664
British Columbia Driver's Licence
_____
Type of Identification



_____
Notary Public of Ontario and Commissioner for taking Affidavits

Printed Name: Brinda Patel

My Commission Expires: never

3

eversign Document Hash: 1c49c7154ee042ec953a0765b2d5ac72

 Notarize.ca

# Audit Trail

| Document Details | |
|---|---|
| Title | sodapdf-converted.pdf |
| File Name | sodapdf-converted.pdf |
| Document ID | 1c49c7154ee042ec953a0765b2d5ac72 |
| Fingerprint | fa621b29dae6eb52bbe78ab121a19f86 |
| Status | Completed |

## Document History

| | | |
|---|---|---|
| Document Created | Document Created by Notarize .CA (hello@notarize.ca)<br>Fingerprint: 6cdf36edf6df40dd63238fb30f9c279b | 2023 Aug 26<br>07:59AM<br>America/Toronto |
| E-Mail Validation Waived | E-Mail Validation waived by account owner. | 2023 Aug 26<br>07:59AM<br>America/Toronto |
| Document Viewed | Document Viewed by Brinda Patel (bpatel@notarize.ca)<br>IP: 69.159.42.129 | 2023 Aug 26<br>01:02PM<br>America/Toronto |
| Document Viewed | Document Viewed by Rohan Sheth (rohansheth09@gmail.com)<br>IP: 172.218.162.148 | 2023 Aug 26<br>01:02PM<br>America/Toronto |
| Document Signed | Document Signed by Brinda Patel (bpatel@notarize.ca)<br>IP: 69.159.42.129<br>[signature] | 2023 Aug 26<br>01:03PM<br>America/Toronto |
| Document Signed | Document Signed by Rohan Sheth (rohansheth09@gmail.com)<br>IP: 172.218.162.148<br>[signature] | 2023 Aug 26<br>01:03PM<br>America/Toronto |
| Document Completed | This document has been completed.<br>Fingerprint: fa621b29dae6eb52bbe78ab121a19f86 | 2023 Aug 26<br>01:03PM<br>America/Toronto |

Processed by xodo sign