UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROWREV MARKETING, INC.,

        Case No.: 8:23-CV-01218

    Plaintiff,

v.

DR. SONJA ENTERPRISES, LLC,
and WARD DIGITAL MARKETING &
CONSULTATION, LLC.

    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL AND MOTION
FOR ENTRY OF ORDER OF DISMISSAL AS TO
WARD DIGITAL MARKETING & CONSULTATION, LLC**

Plaintiff, GROWREV MARKETING, INC., and Defendant, WARD DIGITAL MARKETING & CONSULTATION, LLC, by and through their undersigned counsel, and pursuant to Rule 1.420, Florida Rules of Civil Procedure, hereby enters into a joint stipulation for dismissal of the above-styled action as to Defendant, WARD DIGITAL MARKETING & CONSULTATION, LLC only. Each party is to bear its own attorney's fees and costs.

WHEREFORE, the parties move for entry of an Order dismissing the action with prejudice as to Defendant, WARD DIGITAL MARKETING & CONSULTATION, LLC only, and for such further and additional relief as the Court deems just and proper.

Respectfully submitted March 15, 2024.

| | |
|---|---|
| BURANDT, ADAMSKI, FEICHTHALER & SANCHEZ, PLLC<br>*Attorneys for Plaintiff*<br>1714 Cape Coral Parkway East<br>Cape Coral, Florida 33904<br>Phone: (239) 542-4733<br><br>By: /s/ David W. Holley<br>David W. Holley, Esq.<br>Florida Bar No. 125973 | CLEARWATER BUSINESS LAW LLC<br>*Attorneys for Defendant, Ward Marketing*<br>1802 N. Belcher Road, Suite 120<br>Clearwater, FL 33765<br>Phone: (727) 785-5100<br><br>By: */s/ Sean M. Wagner*<br>Sean M. Wagner, Esquire<br>Florida Bar No. 14042 |

## CERTIFICATE OF ELECTRONIC FILING

**I HEREBY CERTIFY** that on March 15, 2024, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court with the approval of all counsel.

By: */s/ David W. Holley*
David W. Holley, Esquire
Florida Bar No.: 125973